**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

AGCS MARINE INSURANCE COMPANY,

                                 Plaintiff,

            -against-

MATERCARGO S.A. and
AMERICAN PRESIDENT LINES, LTD,

                             Defendants.

-----------------------------------------------------------------X

**19-CV-1369 (ALC) (KHP)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2019

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The parties are directed to file a joint letter by no later than **February 28, 2020**, advising

the Court on whether the Summons and Complaint in this action have been served on

Defendant Matercargo S.A. and advising on the status of discovery.

        SO ORDERED.

DATED:     New York, New York
           November 19, 2019

                                            _____
                                            KATHARINE H. PARKER
                                            United States Magistrate Judge