UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/2021
```

AGCS MARINE INSURANCE COMPANY,

               Plaintiff,

-against-

MATERCARGO S.A., et al.,

               Defendants.

<u>ORDER</u>

1:19-cv-1369 (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      In light of the parties' representation that they have settled this matter, this action will be dismissed without costs (including attorneys' fees) to either party on **October 28, 2021,** unless before that date one or more of the parties files a letter with the Court requesting that the action not be dismissed and stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement.  **<u>To be clear, any request that the action not be dismissed must be filed on or before October 28, 2021; any request filed thereafter may be denied solely on that basis.</u>**

      SO ORDERED.

Dated: New York, New York
       September 28, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge